■ The People of the State of New York ex rel. Trevor L. Phillips v Eugene Ienuso, as Warden, et al. [604 NYS2d 725] —Motion for a writ of habeas corpus is denied, without prejudice to renewal in Supreme Court, Bronx County. Concur —Wallach, J. P., Kupferman, Asch, Kassal and Nardelli, JJ.

■ In the Matter of Joseph P. Carroll et al. v Ira Gammerman et al. [604 NYS2d 726] —Motion for a writ of prohibition and mandamus and for a stay of all proceedings and other relief is denied in its entirety. Cross motion for dismissal of the proceeding is denied. Concur—Rosenberger, J. P., Asch, Kassal and Rubin, JJ.